

# DAN S. SMITH, LLC
### ATTORNEY AND COUNSELOR AT LAW

*Certified by the Supreme Court of*
*NJ as a Criminal Trial Attorney.*

*L.L.M. Trial Advocacy*

*339 Main St.*
*Suite 2D*
*Orange, NJ 07050-2015*
*Office: 973-674-7200*
*Fax: 973-674-6676*

May 27, 2008

Honorable Judge Peter G. Sheridan, U.S.D.C.J
M.L. King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
**VIA FACSIMILE 973-645-4549**

**RE: Little v. Newark Beth Israel Hospital Center**
       CIV-07-2019 (PGS)

Dear Judge Sheridan:

*[Handwritten: So Ordered. Conference is cancelled. Plaintiff's counsel must file an appearance immediately and respond to motion to dismiss by June 13, 2008. Reply must be filed by June 20, 2008. Oral argument June 30, 2008 at 9:30 AM. Peter/Sheridan]*

We have been retained to represent Mr. Tracy Little in the above captioned matter.

On behalf of Tracy Little, we are requesting an adjournment of the case scheduled for May 28, 2008 at 9:30am. We are requesting that the matter be carried to 1:30pm.

We were unable to obtain coverage for a prior matter which predates Mr. Little's appearance before you.

Thanking you in advance for all courtesies extended.

Respectfully submitted,

Dan S. Smith, Esq.

DSS/mo

cc: John P. Harrington 908-647-1492