UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY LITTLE, | Civil Action No. 07-cv-2019 (PGS) |
| Plaintiff, | |
| v. | **ORDER** |
| NEWARK BETH ISRAEL MEDICAL CENTER, ZACHARY LIPNER, | |
| Defendants. | |

This matter comes before the Court on Defendant Newark Beth Israel's motion to dismiss. Upon consideration of the parties' submissions, for the reasons set forth in the record, and for good cause having been shown,

IT IS on this 30th day of June, 2008;

**ORDERED** that Defendant's motion to dismiss is denied as moot.

June 30, 2008

PETER G. SHERIDAN, U.S.D.J.